# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Pearlette Merriweather

Case No. 1:26-cv-02520
Hon. Paul L. Maloney

v.

City of Muskegon Heights; Lashae Simmons; Derrick Collins; William Kitchen; Te Smith

TO: Defendant City of Muskegon Heights

ADDRESS: 2724 Peck St,
Muskegon Heights, MI 49444

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Eric Delaporte (P69673)
Gina Goldfaden (P86863)
Delaporte Lynch, PLLC
210 State St., Ste. B
Mason, MI 48854
(517) 999-2626
eric@delaportelynch.com
gina@delaportelynch.com

CLERK OF COURT

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF MICHIGAN

By: Deputy Clerk

September 8, 2026
Date

## PROOF OF SERVICE

This summons for ______________________ (name of individual and title, if any) was received by me on ____________ (date).

☐ I personally served the summons on the individual at ______________________ (place where served) on ____________ (date).

☐ I left the summons at the individual's residence or usual place of abode with ______________________ (name), a person of suitable age and discretion who resides there, on ____________ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on ______________________ (name of individual), who is designated by law to accept service of process on behalf of ______________________ (name of organization) on ____________ (date).

☐ I returned the summons unexecuted because ______________________.

☐ Other *(specify)* ______________________.

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________.

I declare under the penalty of perjury that this information is true.

Date: ____________

______________________
*Server's signature*

Additional information regarding attempted service, etc.:

______________________
*Server's printed name and title*

______________________
*Server's address*

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Pearlette Merriweather

v.

City of Muskegon Heights; Lashae Simmons; Derrick Collins; William Kitchen; Te Smith

Case No. 1:26-cv-02520
Hon. Paul L. Maloney

TO: Lashae Simmons

ADDRESS: 2724 Peck St,
Muskegon Heights, MI 49444

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Eric Delaporte (P69673)
Gina Goldfaden (P86863)
Delaporte Lynch, PLLC
210 State St., Ste. B
Mason, MI 48854
(517) 999-2626
eric@delaportelynch.com
gina@delaportelynch.com

CLERK OF COURT

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF MICHIGAN

September 8, 2026

By: Deputy Clerk Date

---

## PROOF OF SERVICE

This summons for ______________________ (name of individual and title, if any) was received by me on ______________ (date).

☐ I personally served the summons on the individual at ______________________ (place where served) on ______________ (date).

☐ I left the summons at the individual's residence or usual place of abode with ______________________ (name), a person of suitable age and discretion who resides there, on ______________ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on ______________________ (name of individual), who is designated by law to accept service of process on behalf of ______________________ (name of organization) on ______________ (date).

☐ I returned the summons unexecuted because ______________________.

☐ Other *(specify)* ______________________.

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________.

I declare under the penalty of perjury that this information is true.

Date: ______________________

______________________
*Server's signature*

Additional information regarding attempted service, etc.:

______________________
*Server's printed name and title*

______________________
*Server's address*

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Pearlette Merriweather

v.

City of Muskegon Heights; Lashae Simmons; Derrick Collins; William Kitchen; Te Smith

Case No. 1:26-cv-02520
Hon. Paul L. Maloney

TO: Derrick Collins

ADDRESS: 2724 Peck St,
Muskegon Heights, MI 49444

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Eric Delaporte (P69673)
Gina Goldfaden (P86863)
Delaporte Lynch, PLLC
210 State St., Ste. B
Mason, MI 48854
(517) 999-2626
eric@delaportelynch.com
gina@delaportelynch.com

CLERK OF COURT

September 8, 2026

By: Deputy Clerk ______ Date

---

## PROOF OF SERVICE

This summons for ______________________ (name of individual and title, if any) was received by me on ______________ (date).

☐ I personally served the summons on the individual at ______________________ (place where served) on ______________ (date).

☐ I left the summons at the individual's residence or usual place of abode with ______________ (name), a person of suitable age and discretion who resides there, on ______________ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on ______________ (name of individual), who is designated by law to accept service of process on behalf of ______________________ (name of organization) on ______________ (date).

☐ I returned the summons unexecuted because ______________________.

☐ Other *(specify)* ______________________.

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________.

I declare under the penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

Additional information regarding attempted service, etc.:

______________________
*Server's printed name and title*

______________________
*Server's address*

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Pearlette Merriweather

v.

City of Muskegon Heights; Lashae Simmons; Derrick Collins; William Kitchen; Te Smith

Case No. 1:26-cv-02520
Hon. Paul L. Maloney

TO: William Kitchen
ADDRESS: 2724 Peck St,
Muskegon Heights, MI 49444

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Eric Delaporte (P69673)
Gina Goldfaden (P86863)
Delaporte Lynch, PLLC
210 State St., Ste. B
Mason, MI 48854
(517) 999-2626
eric@delaportelynch.com
gina@delaportelynch.com

CLERK OF COURT

By: Deputy Clerk

September 8, 2026
Date

---

## PROOF OF SERVICE

This summons for ______________ (name of individual and title, if any) was received by me on ______________ (date).

☐ I personally served the summons on the individual at ______________ (place where served) on ______________ (date).

☐ I left the summons at the individual's residence or usual place of abode with ______________ (name), a person of suitable age and discretion who resides there, on ______________ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on ______________ (name of individual), who is designated by law to accept service of process on behalf of ______________ (name of organization) on ______________ (date).

☐ I returned the summons unexecuted because ______________.

☐ Other *(specify)* ______________.

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ ______________.

I declare under the penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

Additional information regarding attempted service, etc.:

______________
*Server's printed name and title*

______________
*Server's address*

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Pearlette Merriweather

v.

City of Muskegon Heights; Lashae Simmons; Derrick Collins; William Kitchen; Te Smith

Case No. 1:26-cv-02520
Hon. Paul L. Maloney

TO: Te Smith
ADDRESS: 2724 Peck St,
Muskegon Heights, MI 49444

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Eric Delaporte (P69673)
Gina Goldfaden (P86863)
Delaporte Lynch, PLLC
210 State St., Ste. B
Mason, MI 48854
(517) 999-2626
eric@delaportelynch.com
gina@delaportelynch.com

CLERK OF COURT

By: Deputy Clerk

September 8, 2026
Date

---

## PROOF OF SERVICE

This summons for ______________________ (name of individual and title, if any) was received by me on ______________ (date).

☐ I personally served the summons on the individual at ______________________ (place where served) on ______________ (date).

☐ I left the summons at the individual's residence or usual place of abode with ______________________ (name), a person of suitable age and discretion who resides there, on ______________ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on ______________________ (name of individual), who is designated by law to accept service of process on behalf of ______________________ (name of organization) on ______________ (date).

☐ I returned the summons unexecuted because ______________________.

☐ Other *(specify)* ______________________.

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________.

I declare under the penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

Additional information regarding attempted service, etc.:

______________________
*Server's printed name and title*

______________________
*Server's address*